**Charlton E. NEWTON, Plaintiff–Appellant,**

v.

**George H. ERWIN, Jr., Sheriff of Henderson County; Eddie Pruett, Captain of Henderson County Jail; Pat Summey, Lieutenant in charge of Henderson County Jail, Defendants–Appellees,**

**and**

**Henderson County Jail, Defendant.**

No. 01–8069.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Charlton E. Newton, Appellant Pro Se. Scott Douglas MacLatchie, Womble, Carlyle, Sandridge & Rice, Charlotte, NC, for Appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charlton E. Newton appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Newton v. Erwin,* No. CA–01–47–01–MU (W.D.N.C. Nov. 13, 2001). We further deny Newton's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*